STATE OF CONNECTICUT *v.* JOHN B. SITARAS

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 493 (AC 27675), is denied.

*Glenn T. Terk*, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided May 6, 2008

JAMES J. WILTZIUS *v.* ZONING BOARD OF APPEALS OF THE TOWN OF NEW MILFORD ET AL.

The petition by the defendants Garden Homes Management Corporation and Sixth Garden Park Limited Partnership for certification for appeal from the Appellate Court, 106 Conn. App. 1 (AC 27787), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Timothy S. Hollister* and *Ryan K. McKain*, in support of the petition.

*Robert A. Fuller*, in opposition.

Decided May 6, 2008